IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


TRAVIS L DUDLEY,

    Plaintiff,
v.                                                CASE NO. 1:05-cv-00147-MP-EMT

ASST. WARDEN COLSEN, et al.,

    Defendants.

_____/

**O R D E R**

       This matter is before the Court on Doc. 16, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), since Plaintiff failed to exhaust administrative remedies before filing this suit.  The Magistrate Judge filed the Report and Recommendation on Thursday, December 8, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

       Plaintiff has filed an objection, Doc. 18, in which he disagrees that exhaustion of administrative remedies is a necessary prerequisite to filing this claim.  However, 42 U.S.C. § 1997e(a) clearly provides that:

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility *until such administrative remedies as are available are exhausted*.

(emphasis added).  Additionally, as the Magistrate correctly points out, "exhaustion is required

whether the plaintiff seeks declaratory and injunctive relief, monetary damages, or both." Doc. 16 at 2. At the time Plaintiff filed this suit, he had failed to exhaust such administrative remedies. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Plaintiff is free to file a new suit after his administrative remedies are exhausted.

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint, Doc. 1, is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

3. All pending motion are DENIED as moot.

**DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:05-cv-00147-MP-EMT*